UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIAN
SHREVEPORT DIVISION

| | |
|---|---|
| DAVID WHITAKER, SR. | CIVIL ACTION NO. 15-cv-2430 |
| VERSUS | JUDGE FOOTE |
| LARRY HALL, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be **dismissed without prejudice** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 2915(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _29th_ day of December, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE